UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TERRI ANTOINETTE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:18-CV-214-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be allowed fees under 42 U.S.C. § 406(b) in the amount of $15,000.00.

**This Judgment Filed and Entered on June 23, 2021, and Copies To:**

| | |
|---|---|
| Michelle Gray Gillespie | (via CM/ECF electronic notification) |
| James B. Gillespie, Jr. | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| David N. Mervis | (via CM/ECF electronic notification) |

DATE:         PETER A. MOORE, JR., CLERK
June 23, 2021      (By) /s/ Nicole Sellers
              Deputy Clerk